UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:98-cr-228-T-26EAJ

SHELDON MILBRY,

       Defendant.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report ordered by the Court at Dkt. [1245], as well as the parties' Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines at Dkt. [1264], it is **ORDERED AND ADJUDGED** as follows:

    1)    The Court finds that Defendant is eligible and suitable for a reduction in his base offense level pursuant to Amendments 706 and 711 of the United States Sentencing Guidelines.

    2)    The Court hereby reduces Defendant's sentence as to Count One from a period of 140 months to a period of 130 months, or time-served, whichever is greater. See USSG § 1B1.10(b)(2)(C).

    3)    The Judgment in a Criminal Case (Dkt. 916) is amended to reflect this reduction.

4) In the event Defendant is eligible for immediate release as a result of the reduction of his sentence, the Bureau of Prisons shall not release Defendant until ten (10) days after the entry of this Order, or March 3, 2008, whichever is later.

**DONE AND ORDERED** at Tampa, Florida, on February 29, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
U.S. Probation
U.S. Marshal
Bureau of Prisons

-2-